**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 19-cr-325 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Brian Marquez Williams, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion for extension of time to file pretrial motions. (ECF No. 17.) Defendant seeks additional time to, among other things, confer with counsel and explore possible resolution of this matter. Defendant has also filed a statement of facts in support of the requested extension. (ECF No. 18.) Defendant moves for an extension of the motions filing deadline to January 17, 2020. The Government has no objection to Defendant's request. (ECF No. 18 at 1.)

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      Defendant's motion (ECF No. 17) is **GRANTED**.

2. The period of time from **January 7 through February 14, 2020**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **January 17, 2020**.[1] D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of the undersigned.[2]

4. **Counsel shall electronically file a letter on or before January 17, 2020, if no motions will be filed and there is no need for hearing**.

5. All responses to motions shall be filed by **January 31, 2020**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **January 31, 2020**. D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **February 4, 2020**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).
[2] U.S. Mail or hand-deliver to 300 South Fourth Street, Suite 9W, Minneapolis, MN 55415.

9.      If required, the motions hearing must be heard before the undersigned on **February 14, 2020, at 10:00 a.m.**, in **Courtroom 9W**, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.  D. Minn. LR 12.1(d).

10.     **TRIAL:**

    a.      **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

        All voir dire questions and jury instructions must be submitted to District Judge Michael J. Davis on or before **February 24, 2020**.

        This case must commence trial on **March 9, 2020**, at **9:00 a.m.** before District Judge Davis in Courtroom 13E, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

    b.      **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Davis to confirm the new trial date.**

Dated:  January   9   , 2020

                                  *s/ Tony N. Leung*
                              Tony N. Leung
                              United States Magistrate Judge
                              District of Minnesota

                              *United States v. Williams*
                              Case No. 19-cr-325 (MJD/TNL)