UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                   **ORDER**
                                    Criminal File No. 19-325 (MJD/TNL)

(1) BRIAN MARQUEZ WILLIAMS,

      Defendant.

Harry Jacobs, Assistant United States Attorney, Counsel for Plaintiff.

Bobby Joe Champion, Champion Law, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung filed May 13, 2020. Defendant Brian Marquez Williams filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Leung filed May 13, 2020. The Court amends the Report and Recommendation

1

as follows: on page nine, in the sixth line of the last paragraph, the number "19.22.43" is replaced with "19.18.06."

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung filed May 13, 2020 [Docket No. 37].

2. Defendant's Motion for Suppression of Unlawful Search [Docket No. 21] is **DENIED**.

Dated:  July 23, 2020                    s/ Michael J. Davis
                                         Michael J. Davis
                                         United States District Court